```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GERRILYNN PALMIERI,                             JUDGMENT
                                                05-CV-2182 (CBA)
                Plaintiff,

    -against-

                                                FILED
                                                IN CLERK'S OFFICE
JO ANNE B. BARNHART,                            U.S. DISTRICT COURT E.D.N.Y.
Commissioner of Social Security,
                                                ★  AUG 26 2005  ★

                Defendant.
                                                    P.M.
------------------------------------------------------------------X  TIME A.M.
```

An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on August 24, 2005, reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative proceedings; it is

ORDERED and ADJUDGED that the Commissioner's decision is reversed, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for further administrative proceedings.

Dated: Brooklyn, New York  
      August 26, 2005

Robert C. Heinemann  
Clerk of Court

By: _____ /s/  
Terry Vaughn  
Chief Deputy Clerk  
for Operations